IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-595-AP**

**KIM M. MacLUCKIE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on Defendant's Motion for Voluntary Remand (doc. #13), filed July 28, 2009.  I have reviewed the motion, the response and the reply.  The motion is DENIED.  Briefing shall commence in accordance with the briefing schedule set forth in the Minute Order dated July 22, 2009.

Dated this 23rd day of July, 2009.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court